Fill in this information to identify your case:

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

FEB 27 2018

JEFFREY P. ALLSTEADT, CLERK

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (If known): _____

Chapter you are filing under:
☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only In a Joint Case): |
|---|---|---|
| **1. Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br> Bring your picture identification to your meeting with the trustee. | Dominick <br> First name <br> C <br> Middle name <br> Gunn <br> Last name <br><br> Suffix (Sr., Jr., II, III) | Teia <br> First name <br> A <br> Middle name <br> Gunn <br> Last name <br><br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br> Include your married or maiden names. | Chanel <br> First name <br> M <br> Middle name <br> Gunn <br> Last name <br><br><br> First name <br><br> Middle name <br><br> Last name | Teia <br> First name <br> A <br> Middle name <br> Frederick <br> Last name <br><br><br> First name <br><br> Middle name <br><br> Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 0021 ____ ____ ____ <br> OR <br> 9 xx – xx – ____ ____ ____ | xxx – xx – 8295 ____ ____ ____ <br> OR <br> 9 xx – xx – ____ ____ ____ |

Debtor 1    Dominick C    Gunn

First Name     Middle Name          Last Name                                        Case number (if known)_____

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| ☑ I have not used any business names or EINs. | ☑ I have not used any business names or EINs. |
| _____<br>Business name | _____<br>Business name |
| _____<br>Business name | _____<br>Business name |
| EIN ― ― ― ― ― ― ― ― ―<br>EIN | EIN ― ― ― ― ― ― ― ― ―<br>EIN |
| EIN ― ― ― ― ― ― ― ― ―<br>EIN | EIN ― ― ― ― ― ― ― ― ―<br>EIN |

**5. Where you live**

| | If Debtor 2 lives at a different address: |
|---|---|
| 1401 Jane Drive<br>Number        Street | Same<br>Number        Street |
| | |
| Dixon                  IL      61021<br>City                    State    ZIP Code | _____<br>City                    State    ZIP Code |
| Lee<br>County | _____<br>County |

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address. | If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

| | |
|---|---|
| N/A<br>Number        Street | N/A<br>Number        Street |
| _____<br>P.O. Box | _____<br>P.O. Box |
| _____<br>City                    State    ZIP Code | _____<br>City                    State    ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

| Check one: | Check one: |
|---|---|
| ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |
| _____<br>_____<br>_____<br>_____ | _____<br>_____<br>_____<br>_____ |

Debtor 1    Dominick C    Gunn

    First Name     Middle Name     Last Name

Case number (if known)_____

## Part 2:   Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No

☑ Yes. District ___Northern___ When __11/24/2016__ Case number __16-82751__
                                     MM / DD / YYYY

       District _____ When _____ Case number _____
                                       MM / DD / YYYY

       District _____ When _____ Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes. Debtor _____ Relationship to you _____

       District _____ When _____ Case number, if known_____
                                   MM / DD / YYYY

       Debtor _____ Relationship to you _____

       District _____ When _____ Case number, if known_____
                                   MM / DD / YYYY

**11. Do you rent your residence?**

☐ No. Go to line 12.

☑ Yes. Has your landlord obtained an eviction judgment against you?

       ☐ No. Go to line 12.

       ☒ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    Dominick C    Gunn
            First Name      Middle Name      Last Name

Case number (if known)_____

---

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

_____
City                                State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

## Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.   What is the hazard?   _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property?   _____
                         Number      Street

_____

_____
City                                State   ZIP Code

Debtor 1    Dominick C    Gunn
     First Name     Middle Name     Last Name

Case number *(if known)*_____

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

❑ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

❑ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☑ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

❑ I am not required to receive a briefing about credit counseling because of:

  ❑ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ❑ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ❑ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

❑ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

❑ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☑ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

❑ I am not required to receive a briefing about credit counseling because of:

  ❑ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ❑ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ❑ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | Dominick C    Gunn | Case number (if known) |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☑ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____
Signature of Debtor 1

Executed on 02/27/2018
          MM / DD /YYYY

X _____
Signature of Debtor 2

Executed on 02/27/2018
          MM / DD /YYYY

Debtor 1   Dominick C   Gunn
_____
First Name          Middle Name          Last Name

Case number (if known)_____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.



✗ _____
Signature of Attorney for Debtor

Date _____
      MM   /   DD  / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____

_____
City                          State     ZIP Code

Contact phone _____

Email address _____

_____
Bar number                    State

---

Debtor 1 ___Dominick C      Gunn_____

First Name    Middle Name      Last Name

Case number (if known)_____

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☑ No
☐ Yes. Name of Person_____.
Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

| | |
|---|---|
| **✗** _____ | **✗** _____ |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date   **02/27/2018** | Date   **02/27/2018** |
| MM / DD / YYYY | MM / DD / YYYY |
| Contact phone  (608)481-3841 | Contact phone (608)481-3855 |
| Cell phone _____ | Cell phone _____ |
| Email address  dominickgunn@icloud.com | Email address  taf31august2003@gmail.com |

Table 1

| Creditor | Address | Account number | balance | 3rd Party Collection Agency | 3rd Party info |
|---|---|---|---|---|---|
| Aarons | 2214 E 4th st Sterling Il 61081 | unknown | unknown | | |
| Americash | PO Box 184 Des Plaines, Il 60016 | unknown | unknown | | |
| Attorney David Gill | 535 Loves Park Dr Ste 3 Loves Park, Il 61111 | unknown | unknown | | |
| Blackhawk Bank | 2141 N State St Belvidere Il 61008-1960 | unknown | unknown | | |
| Blackhawk Bank | 2141 N State St Belvidere, IL 61008-1960 | unknown | unknown | | |
| Capital One Bank | PO Box 71083 Charlotte NC 28272-1083 | 3712 | 429.91 | | |
| Capitol One Bank | PO Box 71083 Charlotte NC 28272-1083 | unknown | 1552 | | |
| capitol one bank | PO Box 30285 Salt Lake City UT 84130 | 5178 | 1722 | | |
| Caseys | 14735 Highway 65 NE suite 100 Ham Lake MN 55304-4886 | D67Q | 93.71 | | |
| Caseys | 14735 Highway 65 NE suite 100 Ham Lake MN 55304-4886 | D67R | 96.28 | | |
| Century Link | PO box 4300 Carol Stream, Il 60197-4300 | 2182 | $754.99 | | |
| CFSC Currency Exchange | 4215 E State St #208 Rockford Il 61108 | unknown | unknown | | |
| CGH | 1813 Second Ave Sterling Il 61081 | unknown | unknown | | |
| Charles D Rose | 1958 Aberdeen Ct Ste 2 Sycamore Il 60178-3175 | unknown | 975 | | |
| Chase Bank | PO Box 15298 Wilmington DE 19850 | unknown | unknown | | |

1

| Creditor | Address | Account number | balance | 3rd Party Collection Agency | 3rd Party info |
|---|---|---|---|---|---|
| Check and Go | 128 S State St Belvidere, Il 61008 | unknown | unknown | | |
| Christina Boudreaux AMFT | 104 S 2nd St Saint Charles Il 60174-2813 | unknown | 817 | | |
| citizens finance | 6457 N 2nd Sst Loves Park IL 61111 | 94 | 6609.62 | | |
| City of Dixon Water | 121 W 2nd St Dixon, Il 61021-3030 | ~~0006 | $211.00 | | |
| Collection Professionals | 723 1st st Lasalle Il 61301-2535 | | 5907.95 | | |
| Com Ed | PO box 6111 Carol Stream, Il 60197-6111 | 9109 | $1184.63 | | |
| ~~com ed~~ | ~~PO Box 6111 Carol Stream, Il 60197-6111~~ | 8142 | 1788.60 | Aargon collection agency | 800-280-1183 ext 333 8668 Spring mountain Rd Las Vegas NV 89117-4113 |
| ~~Comcast~~ | ~~PO Box 1577 Newark, NJ 07101-1577~~ | 6280 | 1340 | Diversified Consultants | 800-771-5361 10550 Deerwood Park Blvd 309 Jacksonville Fl 32256 |
| Commenity Bank | PO Box 659813 San Antonio Tx 78265-9113 | 6802 | 362.23 | | |
| Country Financial Insurance | 1701 Tonawanda Ave Bloomington Il 61701 | unknown | unknown | | |
| Credit One Bank | PO Box 98873 Las Vegas NV 89193-8873 | 1612 | 422.51 | | |
| Culligan | 9399 W Higgins Rd Rosemont, Il 60018-6900 | unknown | unknown | | |
| DC Trash | 14438 E North Ave Cortland, Il 60112 | | | | |
| Dekalb Clinic | 1850 Gateway Drive Sycamore Il 60178 | unknown | unknown | | |
| ~~Dennis Herbig~~ | ~~3579 E Oak Grove Rd Byron Il 61010~~ | | 10450.30 | Boone County Circuit Clerk 2011LM272010LM 106 | 601 N Main St Belvidere, Il 61008 |

2

| Creditor | Address | Account number | balance | 3rd Party Collection Agency | 3rd Party info |
|---|---|---|---|---|---|
| Department of human Services | PO Box 19407 Springfield IL 62794 | 21 | 5000 | | |
| Direct TV | PO box 4300 Carol Stream Il 60197-4300 | 0451 | $180.00 | | |
| Farm and Fleet of Sycamore | 1300 Dekalb Ave Sycamore Il 6017-3303 | unknown | 288 | | |
| ~~Farm and Fleet of Sycamore~~ | 6425 Odana rd Madison WI 53719 | B 1019 | 109 | The Stark Collection Agency | |
| First National bank | 511 W State St Sycamore Il 60178-1327 | unknown | 600 | | |
| First National Bank Of Omaha | 1620 Dodge St Stop 4440 Omaha Ne 68102-1593 | unknown | 2397.14 | | |
| First Premeir Bank | PO Box 5529 Sioux Falls SD 57117-5529 | 72 | 561.70 | | |
| First Premier Bank | PO Box 5529 Sioux Falls SD 57117-5529 | 245 | 347.24 | | |
| Frontier | PO Box 740407 Cincinnati OH 45274-0407 | unknown | unknown | | |
| ~~H&H Rental Properties~~ | ~~705 E 3rd St Sterling, Il 61081~~ | 2018LM00004FT Lee County Court | $3210.00 | Kelli D Walker | (815)535-0808 1202 E. Fourth St Sterling, IL 61081 |
| Heights Finance | 169 Thunderbird Ln East peoria Il 61611-1486 | 1040 | 2271 | ~~Dekalb County Court 2013SC000081~~ | ~~atty Joseph Pointz 2180 Oakland Dr Apt C Sycamore Il 60178-3122~~ |
| Illinois Community Credit union | 508 W State St Sycamore Il 60178-1328 | 4927 | 1028 | | |
| Illinois Community Credit union | 508 W State St Sycamore Il 60178-1328 | 4927 | 1000 | | |
| Integrated imaging Consultants | PO Box 95040 Chicago, Il 60694-5040 | 4065 | 19.26 | | |
| Internal Revenue Service | PO Box 931200 Louisville KY 40293 | 21 | 3815 | | |
| Keynote consulting | 220 W Campus Drive Suite 102 Arlington Heights il 60004 | 2135 | 84 | | |

3

| Creditor | Address | Account number | balance | 3rd Party Collection Agency | 3rd Party info |
|---|---|---|---|---|---|
| Kishwaukee Hospital | 1 Kish hospital Dr Dekalb, Il 60115 | unknown | unknown | | |
| Kroger Check Recovery Center | PO Box 30650 Salt Lake City UT 84130-0650 | 5264 | 880 | | |
| KSB | 101 West First St Dixon IL 61021 | unknown | unknown | | |
| Lane Bryant | LB Retail OH | unknown | unknown | | |
| Lincare | PO Box 105760 Atlanta Ga 30348-5760 | 7270 | 213.67 | | |
| Mediacom | 808 E North St Elburn, Il 60119 | unknown | unknown | | |
| metlife | PO Box 41753 Philadelphia PA 19101-1753 | unknown | unknown | | |
| Nicor | PO Box 5407 Carol Stream, Il 60197-5407 | | $1176.39 | | |
| Nicor | PO Box 5407 Carol Stream Il 60197-5407 | 6382 | 362.95 | | |
| Northern Illinois Home Medical Supply | 3312 River Rd Sterling, Il 61081 | | 919.90 | | |
| Northland Group | PO Box 129 Thorofare NJ 08086-0129 | unknown | 96.95 | | |
| Northwestern Mutual | PO Box 88243 Milwaukee WI 53288-0243 | 4190 | 1916.51 | | |
| Orkin | PO Box 8619 Rockford, Il 61126-8619 | | $168.00 | | |
| P and C Lawn Care | PO Box 1092 Dixon, Il 61021-7092 | | | | |
| pizza hut check | Payliance 2 Easton Oval Suite 310 Columbus Oh 43219-6011 | 3354 | 90 | | |
| progressive | 6300 Wilson Mills Rd Mayfield Village Ohio 44143 | unknown | unknown | | |
| PSC Physician billing group | Dept 77-9273 Chicago Il 606789273 | 7001 | 27.52 | | |

4

| Creditor | Address | Account number | balance | 3rd Party Collection Agency | 3rd Party info |
|---|---|---|---|---|---|
| Reebie Storage and Moving | 10423 Franklin Ave Franklin Park, Il 60131 | 7115 | 1173 | | |
| Republic Services | 1214 South Bataan Rd Dixon, Il 61021 | ~~9003~~ | $40.68 | | |
| Road Ranger Checks | 4930 e State Street Rockford Il 61108 | unknown | unknown | | |
| ~~Santander~~ | ~~PO box 560284 Dallas Tx 75356-0284~~ | | 19058 | NCEP LLC By AIS Data Services LP As AG Po box 4138 Houston TX 77210-4138 | |
| Security Finance | PO Box 1893 Spartanburg Sc 29304-1893 | | 1140 | | |
| Speedy Cash | PO box 780408-0408 Wichita KS 67278-0408 | unknown | 605.96 | | |
| ~~Springleaf~~ | ~~PO box 3251 Evansville, IN 47731-3251~~ | unknown | 5191.98 | Winnebago Circuit Clerk 2012-SC-0003899 | Atty Stephen Balsley 6833 Stalter Dr Rockford Il 61108-2579 |
| Sprint | PO Box 4191 Carol Stream Il 60197-4191 | 4989 | 578.72 | | |
| state farm | One state Farm plaza bloomington Il 61710 | unknown | unknown | | |
| State of Illinois Dept of Revenue | PO Box 19035 Springfield IL 62794 | 8371 | 3310.90 | | |
| ~~Steven Carlson~~ | ~~115 N Galena Ave Dixon Il 61021~~ | 6463 | 383.39 | RRCA Accounts Management 800-485-7826 | 201 E 3rd St Sterling Il 61081-3611 |
| Target Checks | PO Box 660170 Dallas Tx 75266-0170 | unknown | unknown | | |
| The Cash store | 1479 N state St Belvidere Il 61008 | unknown | unknown | | |
| Tom Gumienny | 86 E Meadow drive Cortland Il 60112 | unknown | unknown | | |
| Vander Financial | 444 E Hillcrest Dr STE 100 Dekalb IL 60115 | | 66 | | |
| Verizon | PO Box 650051 Dallas TX 75265 | 8869 | 3320 | | |

5

| Creditor | Address | Account number | balance | 3rd Party Collection Agency | 3rd Party info |
|---|---|---|---|---|---|
| Westlake Services | 4751 Wilshire BLVD Los Angeles CA 90010 | 992 | 8953 | | |
| Wise Finance | 2601 Stevenson Dr Springfield Il 62703 | unknown | unknown | | |
| Woodforest Bank | PO Box 7889 The woodlands TX 77387-7889 | unknown | unknown | | |
| World Finance | PO Box 6429 Greenville SC 29606 | 1061 | 406 | | |
| YMCA | 110 North Galena Ave Dixon Il 61021 | 2701 | 235.75 | | |

6

**Form 6      Debtor's Motion for Temporary Waiver of Credit Counseling
Requirement Based on Exigent Circumstances[1]**

**United States Bankruptcy Court
for the Northern District
of Illinois**

**Debtor's Motion for Temporary Waiver
of Credit Counseling Requirement**

Debtor hereby requests that this Court, pursuant to 11 U.S.C. § 109(h)(3), grant a temporary waiver of the requirement under section 109(h)(1) that we receive budget and credit counseling. In support of this motion, the debtor states as follows:

1. On 02/27/2018 the debtor filed a petition under chapter 7 of the Bankruptcy Code.

2. We are being evicted from our rental home on 3/2/2018 and our water is scheduled to be disconnected and we have received notice of lien from the IRS due to debt with them we are unable to delay filing of the petition. We do not have bank accounts or debit cards at this time to be able to pay a fee for the online course and we asked for a fee waiver however they need further documentation to approve this, and due to my wife's disability/limited mobility she is unable to attend in person .

3. Prior to the filing of the petition, the debtor requested credit counseling services from an approved agency,Money management.org but we were unable to obtain the services during the seven-day period following the request.

4. Debtors intend to obtain a credit counseling briefing within thirty days of the filing of the petition.

WHEREFORE, the Debtor requests that this motion be granted, and that the Debtor be permitted to obtain credit counseling within thirty days after the date of the petition pursuant to 11 U.S.C. § 109(h)(3).

Date:   02/27/2018
Signature Debtor 1 _____      Signature Debtor 2 _____